UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

JAMES MURPHY,

                    Plaintiff,                        26-cv-0093 (JGK)

          - against -                                 ORDER

DR. TUNG PRODUCTS, INC.,

                    Defendant.

———————————————————————————

JOHN G. KOELTL, District Judge:

     The plaintiff had ninety days from filing the complaint to serve the summons and complaint on the defendant. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **April 29, 2026.** If service is not made by April 29, 2026, the case may be dismissed without prejudice for failure to prosecute.

     The Clerk is requested to mail a copy of this order to the plaintiff and note mailing on the docket.

**SO ORDERED.**

**Dated:    New York, New York**
**          April 15, 2026**

                                            _____
                                               John G. Koeltl
                                        **United States District Judge**